

**Hon. Sylvia O. Hinds-Radix**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Nicholas R. Ciappetta
**Administrative Law and Regulatory Litigation Division**
(212) 356-4036
nciappet@law.nyc.gov

April 5, 2023

**BY ECF**
Honorable Frederic Block
Senior United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re: Keith Harvey v. Letitia James, *et al.*, 23 CV 0393 (FB)(RML)

Dear Judge Block:

I am an attorney in the office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York. I submit this letter on behalf of Defendant Melinda Katz, District Attorney for the County of Queens, sued herein in her official capacity.

Defendant Katz writes, in accordance with your Honor's direction at the pre-motion conference held on April 4, 2023, to submit an agreed upon briefing schedule. As discussed Defendant Katz intends to file a motion to dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1). Defendant Katz will file the motion to dismiss on or before May 12, 2023. Plaintiff will submit any opposition no later than June 2, 2023. Defendant Katz will submit any reply papers by June 13, 2023.

Respectfully submitted,

Nicholas Ciappetta
Senior Counsel