**LAW OFFICE OF EDWARD J. MUCCINI P.C.**
242-03 NORTHERN BLVD.
DOUGLASTON, NEW YORK 11363
(718) 225-0205
edwardmuccini@gmail.com

June 12, 2023

<u>*Via ECF*</u>
Judge Frederick Block
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

      Re: **Keith Harvey v. Melinda Katz et al**
         **Civil No.: 23 cv 0393**

  We represent the Plaintiff Keith Harvey in the above referenced Declaratory Judgment action.

  Defendant Queens District Attorney ("QCDA") filed its motion to dismiss on May 25, 2023. In Defendant's Notice of Motion, defendant set the following briefing schedule: Plaintiff Harvey to file his opposition papers by June 16, 2023. QCDA is to file its Reply by June 27, 2023.

  I have conferred with Mr. Ciapetta the attorney for QCDA and he has consented to plaintiff's request to extend the date for Defendant Harvey file his opposition brief for 45 days to **August 4, 2023**. QCDA Reply papers are due **August 18, 2023**.

  Please advise if the Court approves of the revised briefing schedule. Thank you for your consideration of this request.

                Respectfully submitted,

                **/s/ Edward J. Muccini Esq.**